**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LUCILE JOHNSON,**<br>      **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **DEPENDABILITY COMPANY, L.L.C.,**<br>**and DEPENDABILITY CO.,**<br>      **Defendants.** | **NO.  15-3355** |

## O R D E R

**AND NOW**, this 3rd day of March, 2016, upon consideration of and Plaintiff's Proposed Findings of Fact and Conclusions of Law (Document No. 19, filed February 11, 2016), and the evidence presented at a hearing on January 22, 2016, based on the attached Findings of Fact and Conclusions of Law, **IT IS ORDERED** that **JUDGMENT IS ENTERED** in **FAVOR** of plaintiff, Lucile Johnson, and **AGAINST** defendants, Dependability Company, L.L.C., and Dependability Co., jointly and severally, in the total amount of $22,520.22, consisting of back pay in the sum of $2,800.06, plus $59.60 in prejudgment interest, front pay in the sum of $9,660.56, compensatory damages in the sum of $10,000, plus interest at the lawful rate from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED.**

                                                      **BY THE COURT:**

                                                      /s/ Hon Jan E. DuBois
                                                      _____
                                                           DuBOIS, JAN E., J.